No. 10-6705. Otha Eric Townsend, Petitioner v. John King, Warden, et al.

562 U.S. 1034, 131 S. Ct. 577, 178 L. Ed. 2d 422, 2010 U.S. LEXIS 8683.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-6717. John Ebert, Petitioner v. Donald Gaetz, Warden.

562 U.S. 1034, 131 S. Ct. 578, 178 L. Ed. 2d 422, 2010 U.S. LEXIS 8717.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 610 F.3d 404.

No. 10-6718. Kryzstof Bogdan Czarkowski, Petitioner v. Don Mills, Superintendent, Two Rivers Correctional Institution.

562 U.S. 1034, 131 S. Ct. 578, 178 L. Ed. 2d 422, 2010 U.S. LEXIS 8693.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-6723. Henry C. Linebaugh, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.

562 U.S. 1034, 131 S. Ct. 578, 178 L. Ed. 2d 422, 2010 U.S. LEXIS 8699.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 751.

No. 10-6724. John F. Mandarelli, Petitioner v. Patricia Barnhart, Warden.

562 U.S. 1034, 131 S. Ct. 578, 178 L. Ed. 2d 422, 2010 U.S. LEXIS 8741.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-6725. Mark Norton, Petitioner v. Brian Coleman, Superintendent, State Correctional Institution at Fayette, et al.

562 U.S. 1034, 131 S. Ct. 578, 178 L. Ed. 2d 422, 2010 U.S. LEXIS 8720.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-6737. Michael Lynn Jones, Petitioner v. Blaine Lafler, Warden.

562 U.S. 1034, 131 S. Ct. 578, 178 L. Ed. 2d 422, 2010 U.S. LEXIS 8726.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-6752. Darrell Eugene Smith, Petitioner v. West Virginia.

562 U.S. 1034, 131 S. Ct. 579, 178 L. Ed. 2d 422, 2010 U.S. LEXIS 8745.

November 8, 2010. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 225 W. Va. 706, 696 S.E.2d 8.